1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11   BILLIE D. SCOTT,                          Case No.:  21-cv-1319-MMA (KSC)
     CDCR #AY-8804,
12                                             **ORDER GRANTING PLAINTIFF'S**
                                      Plaintiff, **MOTION TO VOLUNTARILY**
13                                             **DISMISS CIVIL ACTION**
     v.                                        **PURUSANT TO FED. R. CIV. P. 41(a)**
14
     FRANK K. YOO, M.D., TRI CITY
15   MEDICAL CENTER, et al.,                   [Doc. No. 18]

16                                  Defendants.

17

18

19

20        On July 21, 2021, Billie D. Scott ("Plaintiff"), a state inmate currently incarcerated

21   California Health Care Facility ("CHCF") and proceeding *pro se*, filed a civil rights

22   complaint pursuant to 42 U.S.C. § 1983.  *See* Doc. No. 1.  On October 10, 2021, the

23   Court granted Plaintiff's Motion to Proceed In Forma Pauperis ("IFP") and dismissed his

24   Complaint without prejudice and with leave to amend for failure to state a claim pursuant

25   to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).  Doc. No. 6.  Plaintiff filed a First

26   Amended Complaint on November 5, 2021.  Doc. No. 10.  On February 23, 2022, the

27   Court again dismissed the First Amended Complaint without prejudice for failure to state

28   a claim and granted Plaintiff leave to amend.  Doc. No. 13.  Plaintiff now seeks to

                                            -1-                    21-cv-1319-MMA (KSC)

1  voluntarily dismiss his case without prejudice pursuant to Federal Rule of Civil

2  Procedure 41(a), stating that he is unable to satisfy the "deliberate indifference" standard

3  required to state an Eighth Amendment claim. *See* Doc. No. 18 at 1.

4        Federal Rule of Civil Procedure 41(a)(1)(A) provides that "the plaintiff may

5  dismiss an action without a court order by filing: (i) a notice of dismissal before the

6  opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ.

7  P. 41(a)(1)(A)(i). "The filing of a notice of voluntary dismissal with the court

8  automatically terminates the action as to the defendants who are the subjects of the notice

9  . . . . Such a dismissal leaves the parties as though no action had been brought." *Am.*

10  *Soccer Co. v. Score First Enterprises, a Div. of Kevlar Indus.*, 187 F.3d 1108, 1110 (9th

11  Cir. 1999) (citing *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (citations

12  and footnote omitted)). Thus, because Plaintiff has notified the Court that he does not

13  wish to pursue civil litigation at this time, no party has yet been served with any pleading,

14  and no answer or motion for summary judgment has been filed, voluntary dismissal

15  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) is appropriate.

16        Plaintiff is cautioned, however, that because he is a prisoner and has brought this

17  civil action IFP pursuant to 28 U.S.C. § 1915(a), he remains "required to pay the full

18  amount of a filing fee" pursuant to 28 U.S.C. § 1915(b)(1) and (2). *See* Doc. No. 8 at 3.

19  Moreover, because the Court has already found his allegations insufficient to state a

20  plausible claim upon which § 1983 relief can be granted, the dismissal is without

21  prejudice except that it *may* be counted as an additional "strike" against him under 28

22  U.S.C. § 1915(g) should he remain incarcerated and seek to proceed IFP in future

23  litigation. *See Harris v. Mangum*, 863 F.3d 1133, 1143 (9th Cir. 2017) ("A prisoner may

24  not avoid incurring strikes simply by declining to take advantage of [an] opportunity to

25  amend."). "[W]hen (1) a district court dismisses a complaint on the ground that it fails to

26  state a claim, and (2) the court grants leave to amend, and (3) the plaintiff then fails to file

27  an amended complaint, the dismissal counts as a strike under § 1915(g)." *Id.*

28        Accordingly, the Court **GRANTS** Plaintiff's motion and **DISMISSES** this action

1  without prejudice.  The Court further **DIRECTS** the Clerk of the Court to enter a

2  judgment of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i)

3  and close the case.

4       **IT IS SO ORDERED**.

5  Dated:  May 11, 2022

6

7                        HON. MICHAEL M. ANELLO

8                        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28